Submitted on record and brief June 15, reversed and remanded for reconsideration
July 14, 1993

In the Matter of the Compensation of
Gregory D. Connor, Claimant.
LOUISIANA-PACIFIC CORP.,
*Petitioner,*

*v.*

Gregory D. CONNOR,
*Respondent.*
(WCB No. 91-08760; CA A75565)
855 P2d 666

Ronald W. Atwood, Teresa A. Statler and Williams, Zografos, Peck & Atwood, P.C., Portland, filed the brief for petitioner.

Robert K. Udziela, John S. Stone and Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland, waived appearance for respondent.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).